STATE v. SUMMERFORD

No. 10P84.

Case below: 65 N.C. App. 519.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 February 1984.

STATE v. TAYLOR

No. 434P83.

Case below: 63 N.C. App. 364.

Petition by defendant Taylor for discretionary review under G.S. 7A-31 denied 2 February 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 February 1984.